Lewis R. BAXTER, Jr., Petitioner,

v.

DEPARTMENT OF VETERANS
AFFAIRS, Respondent.

No. 2007–3103.

United States Court of Appeals,
Federal Circuit.

March 19, 2007.

Lewis R. Baxter, Jr., pro se.

ON MOTION

*ORDER*

Lewis R. Baxter ("Baxter") moves without opposition for reconsideration of the court's February 27, 2007, order dismissing his petition for review for failure to file a Fed. Cir. R. 15(c) statement concerning discrimination.

Baxter has now submitted a Rule 15(c) statement.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's February 27, 2007 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Baxter's informal brief is due on or before April 9, 2007.

02 MICRO INTERNATIONAL
LIMITED, Plaintiff–
Cross Appellant,

v.

TAIWAN SUMIDA ELECTRONICS,
INC., Defendant–Appellant.

No. 2006–1436.

United States Court of Appeals,
Federal Circuit.

March 21, 2007.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).